UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DWAYNE BROWN (#96518)

VERSUS

DARRYL VANNOY

CIVIL ACTION

NO. 15-625-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 4, 2015 (doc. no. 7). The plaintiff has filed an objection which merely restates his prior arguments and has been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert against the defendant consistent with the facts alleged in his Complaint.

Baton Rouge, Louisiana, January 12th, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA